UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
JENISA ANGELES,

                    Plaintiff,

   -against-

SEQUEL LLC,

                    Defendant.

------------------------------------- x

ORDER

21 Civ. 1137 (GBD)

GEORGE B. DANIELS, United States District Judge:

The initial conference scheduled for May 12, 2021 at 9:30 a.m. is cancelled. The Clerk of Court is directed to close the motion at ECF No. 9.

Dated: New York, New York
       May 11, 2021

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge