UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X

ANGELES,

                  Plaintiff,

    -against-

SEQUEL LLC,

                  Defendant.

------------------------------------- X

ORDER

21 Civ. 1137 (GBD)

GEORGE B. DANIELS, District Judge:

A status conference is set for June 23, 2021 at 9:45 a.m.

Dated: May 17, 2021
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE