# SheppardMullin



Sheppard, Mullin, Richter & Hampton LLP
30 Rockefeller Plaza
New York, New York 10112-0015
212.653.8700 main
212.653.8701 fax
www.sheppardmullin.com

June 17, 2021

**VIA ECF**

The Honorable George B. Daniels, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Angeles v. Sequel LLC*
Case No. 21-cv-1137

Dear Judge Daniels:

**SO ORDERED**

The status conference on June 23, 2021 is hereby cancelled,

*/s/ George B. Daniels*
HON. GEORGE B. DANIELS

We represent the Defendant in the above-referenced matter. We write jointly with counsel for Plaintiff to respectfully request that the status conference scheduled for June 23, 2021 at 9:30am be adjourned or cancelled. The parties are proceeding with discovery in the normal course and have no issues to address with the Court at this time.

We thank the Court for its time and attention to this matter.

Respectfully submitted

*/s/ Sean J. Kirby*
Sean J. Kirby

cc: Mark Rozenberg, Esq.