UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

JENISA ANGELES,

                          Plaintiff,

    -against-

SEQUEL LLC,

                        Defendant.

------------------------------------------------------------ X

<u>ORDER</u>

21 Civ. 1137 (GBD)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

GEORGE B. DANIELS, District Judge:

    In light of the Parties' notice that they have reached a settlement in principle on all issues in this matter, all conferences and deadlines previously scheduled are adjourned *sine die*. The parties shall submit a stipulation of dismissal or a status report within sixty (60) days of this order.

Dated: August __, 2021
       New York, New York

AUG 0 3 2021

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE